IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-9-LTB**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**JESUS M. ORTIZ,**

        Defendant.

## ORDER TRANSFERRING CASE

Kane, J.

The matter is before the court on the Government's Notice of Special Assignment Pursuant to D.C.COLO.CrR 50.1(C)(2) filed in Case No. 08-cr-71-JLK on April 15, 2008. In that notice, the government advised that Mr. Ortiz-Pecho is under supervised release in this case which is currently assigned to Judge Babcock. The court agrees that in the interest of judicial economy, the two cases involving this defendant should be handled by one judge. With the concurrence of Judge Babcock, this matter is transferred to Judge Kane. The case number is now 07-cr-9-JLK.

Dated this 17th day of April, 2008.

                                          BY THE COURT:

                                          ***S/John L. Kane***
                                          John L. Kane, Senior Judge
                                          United States District Court